**No. 09-10319. Robert M. Mosley, IV, Petitioner v. L. E. Scribner, Warden.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4915.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10334. Jessy Joe Roten, Petitioner v. Florida.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4865.

June 14, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 56 So. 3d 8.

**No. 09-10353. Isan Contant, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4802.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 692.

**No. 09-10366. Kim Coburn, Petitioner v. Blaine C. Lafler, Warden.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4892.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10370. Rickey Calhoun, Petitioner v. King County Prosecuting Attorney's Office, et al.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4791.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 299.

**No. 09-10380. Lance Reberger, Petitioner v. Nevada.**

560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4806,

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10400. Levonzel Anderson, Petitioner v. Mississippi.**

560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4965.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 09-10418. Devery Lane Taylor, Petitioner v. United States.**

560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4859.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 236.